# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| APRIYL WHATLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:11-cv-0067-PWG |
| LARRY CHAPMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

In this action, Plaintiff Apriyl Whatley ("Plaintiff") brings claims pursuant to Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. § 1681 et seq.; 42 U.S.C. § 1983 ("Section 1983"), and Alabama state law against Defendants Larry Chapman ("Chapman"); Chapman & White Family Wellness, Inc. ("CWFW"); and the Alabama Department of Human Resources ("DHR") (hereinafter collectively "Defendants"). (Doc.[1] 1).  The magistrate judge has entered a Report and Recommendation (Doc. 17) providing that Defendant DHR's motion to dismiss all claims asserted against it (Doc. 9) is due to be granted.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and the recommendation is **ACCEPTED**.  Accordingly, DHR's

---

[1] References herein to "Doc. __" are to the document numbers assigned on the docket sheet by the Clerk of the Court to the pleadings filed in this matter.

motion to dismiss (Doc. 9) is **GRANTED**, and all claims against DHR are **DISMISSED WITH PREJUDICE**.  Claims against all other defendants remain pending.

DONE, this 27th day of October, 2011.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE